■ In the Matter of FELICIA C. and Others, Children Alleged to be Permanently Neglected. LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; LORNA C., Appellant. [671 NYS2d 370] —Order unanimously affirmed without costs. Memorandum: The record establishes that petitioner discharged its statutory obligation to make diligent efforts to encourage and strengthen the parental relationship (*see,* Social Services Law § 384-b [7] [a]) by providing a number of parenting education, support group and counseling services to respondent and arranging for supervised visitation with the children (*see, Matter of Gregory B.*, 74 NY2d 77, 86). Those efforts were thwarted by respondent, however, who failed to avail herself of the services and programs offered (*see, Matter of Sheila G.*, 61 NY2d 368, 385; *Matter of Christine B.*, 231 AD2d 916, 917, *lv denied* 89 NY2d 806). Thus, Family Court properly terminated respondent's parental rights on the ground of permanent neglect (*see, Matter of Raymond B.*, 219 AD2d 800, *lv denied* 88 NY2d 814). (Appeal from Order of Livingston County Family Court, Cicoria, J.—Terminate Parental Rights.) Present—Denman, P. J., Pine, Wisner, Callahan and Fallon, JJ.